# IN THE UNITED STATES OF BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|     Leann Murphy | ) | Case No:    14-45115 |
| | ) | |
|             Debtor(s) | ) | Chapter:     Chapter 13 |
| | ) | |
| | ) | Judge:       Pamela S. Hollis |

## ORDER TO EMPLOYER TO PAY FUNDS TO THE TRUSTEE

**Moraine Valley Community College**
**ATTN: PAYROLL DEPT SUPERVISOR**
**9000 W. College Pkwy**
**Palos Hills, IL 60465**

WHEREAS, the above named Debtor, Leann Murphy, has submitted a plan to pay her debt out of her future earnings, and by her plan submits all of her future earnings to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, the employer of said Debtor shall deduct from the earnings of the Debtor the sum of:

| Weekly | Bi-Weekly | Semi-Monthly | Monthly |
|---|---|---|---|
| $ | $296.00 | $ | $ |

Beginning on the next pay day following the receipt of this order and to pay the sum so deducted to **Marilyn O. Marshall**, Trustee, at least once a month to the following address:

                          MARILYN O. MARSHALL, CHAPTER 13 TRUSTEE
                          BK DOCKET #: 14-45115
                          PO BOX 2031
                          MEMPHIS, TN 38101

**IT IS FURTHER ORDERED,** that the employer shall stop or change the deduction upon written notice from the Trustee;

**IT IS FURTHER ORDERED,** that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

**IT IS FURTHER ORDERED,** that all earnings of the debtor or income due the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension, or union dues, be paid to the debtor and that no deduction other than authorized or directed by this Order be made by the employer.

**ENTERED:** 30 DEC 2014              _[signature]_
                                        **United States Bankruptcy Judge**

I agree to the entry of this order without further notice of hearing.

**DATE:**    12/20/2014
                                          **Christopher Dyer, Attorney for the Debtor**

Our Client(s) Record # 630239
H:\PC Motions & Orders\WD - Order for Payroll Control Illinois Northern (H).doc